UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Anthony D. Randazzo a/k/a Tony D. Randazzo,                 :
                                                            :
                                    Plaintiff,              :        21-CV-3763 (GRB)(AKT)
                                                            :
                        -against-                           :        VOLUNTARY DISMISSAL
                                                            :        AGAINST DEFENDANT
Midland Credit Management, Inc.                             :
                                                            :
                                    Defendant.              :
-----------------------------------------------------------------------X


      PLAINTIFF hereby voluntarily dismisses, without prejudice, all claims against the

Defendant, **Midland Credit Management, Inc.** pursuant to Federal Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure.


Dated:  July 26, 2021

_____
  RAYMOND NARDO, ESQ.
129 THIRD ST.
MINEOLA, NY 11501
(516)248-2121
*Counsel for Plaintiff*