|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED** |
| EASTERN DISTRICT OF NEW YORK | **CLERK** |
| | 10:33 am, Jul 27, 2021 |
| | **U.S. DISTRICT COURT** |
| | **EASTERN DISTRICT OF NEW YORK** |
| | **LONG ISLAND OFFICE** |

-----------------------------------------------------------------------X
Anthony D. Randazzo a/k/a Tony D. Randazzo,          :
                                                                                              :
                            Plaintiff,                   :           21-CV-3763 (GRB)(AKT)
                                                                                              :
                    -against-                            :           VOLUNTARY DISMISSAL
                                                                                              :           AGAINST DEFENDANT
Midland Credit Management, Inc.                   :
                                                                                              :
                            Defendant.             :
-----------------------------------------------------------------------X

PLAINTIFF hereby voluntarily dismisses, without prejudice, all claims against the Defendant, **Midland Credit Management, Inc.** pursuant to Federal Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: July 26, 2021

_/s/ signature_
RAYMOND NARDO, ESQ.
129 THIRD ST.
MINEOLA, NY 11501
(516)248-2121
*Counsel for Plaintiff*

Dated: 7/27/2021
So Ordered.  The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.